## Case No. 4,915.

### FOOTE v. NOLAND.

[5 Cranch, C. C. 399.] [3]

Circuit Court. District of Columbia. March Term, 1838.

R. J. Brent, for defendant [William Noland],

Mr. Bradley, contra.

THE COURT (THRUSTON, Circuit Judge, absent), refused.

Verdict for plaintiff. New trial granted, because the verdict was against the evidence.